IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-275-RJC-DCK

| | |
|---|---|
| THOMASINA GEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLOTTE MECKLENBURG SCHOOLS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of "Defendant's Motion to Dismiss Plaintiff's Complaint" (Document No .11)

In accordance with Roseboro v. Garrison, 582 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendant's motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the dismissal of the Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a response to the pending "Defendant's Motion to Dismiss Plaintiff's Complaint" (Document No. 11) on or before **November 30, 2015**. Failure to file a timely and persuasive response will likely lead to the dismissal of this lawsuit.

Signed: November 9, 2015

David C. Keesler
United States Magistrate Judge